### 10629.  VOGT *v.* BRIDGES.

BROYLES, C. J.  1. There is no merit in the motion to dismiss the bill of exceptions; and accordingly it is denied.

2. Under the facts of the case the judge of the superior court did not err in overruling the certiorari.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED OCTOBER 9, 1919.

Certiorari; from Fulton superior court—Judge Bell. April 7, 1919.

*Chambers & Dickey,* for plaintiff in error.

*Lawton Nalley,* contra.